## WATERBURY LANDFILL ASSOCIATES *v.* THE EASTERN COMPANY
### (15794)

Lavery, Landau and Schaller, Js.

Argued February 18—officially released March 11, 1997

Per Curiam. The judgment is affirmed.

## KATHY F. BAINER *v.* TODD R. BAINER
### (14878)

Foti, Lavery and Daly, Js.

Argued February 19—officially released March 11, 1997

Per Curiam. The judgment is affirmed.

## REGINALD R. WATKINS *v.* COMMISSIONER OF CORRECTION
### (16064)

O'Connell, Schaller and Langenbach, Js.

Argued February 20—officially released March 11, 1997

Per Curiam. The judgment is affirmed.